# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| ATHEIST ALLIANCE INTERNATIONAL, | Case No.: 2:24-cv-01837-DJC-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ATHEIST ALLIANCE INTERNATIONAL, | |
| Defendant. | |

Before the Court is Plaintiff's Complaint. (ECF No. 1). A review of the filing shows that Plaintiff does not appear to be an individual. Despite this, counsel has not appeared for Plaintiff in the present action. Local Rule 183(a) requires that "[a] corporation or other entity may appear only by an attorney."

Accordingly, pursuant to Local Rule 183(a), Plaintiff shall file an appearance by counsel within seven (7) days of this order. Failure to do so may result in dismissal of this action for failure to comply with Court orders. *See* Local Rule 110.

IT IS SO ORDERED.

Dated:  July 8, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1